# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157558(19)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 157558
COA: 339974
Saginaw CC: 05-025682-FC

QUENTON JAUNELL DEBERRY,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's October 30, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



s0520

Clerk